U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY -7 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| JEREME LEE WOODS | CIVIL ACTION NO. 10-97-P |
| versus | JUDGE TOM STAGG |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petition's application for writ of <u>habeas</u> <u>corpus</u> be **DENIED AND DISMISSED WITH PREJUDICE**, <u>sua sponte</u>, because it is time-barred by the one-year limitation period imposed by the AEDPA.[1]

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when

---

[1] The court notes what it considers to be chicanery by Mr. Woods. He used the exact same signature page of Judge Parker Self on both of his attached judgments. It didn't work.

it enters a final order adverse to the applicant. The court, after considering the record in this and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

     **THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 4th day of May, 2012.

                                        JUDGE TOM STAGG